Henry Appel, Appellee, v. Thornton C. Jegen and Thornton R. Jegen. Thornton R. Jegen, Appellant.

Gen. No. 45,755.

William T. Pridmore, for appellant; Marion G. McClelland, of counsel; James L. Garretson, for appellee. Opinion by PRESIDING JUSTICE FRIEND. **Not to be published in full.** Opinion filed December 8, 1952; rehearing denied December 22, 1952; released for publication December 23, 1952.